# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00808-CV

**PlainsCapital Bank, Appellant**

**v.**

**Frank Krasovec, Appellee**

### FROM THE 419TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-19-001679, THE HONORABLE TIM SULAK, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

PlainsCapital Bank has filed an emergency motion for temporary relief, seeking a stay of the underlying proceedings during the pendency of its interlocutory appeal from an order denying its motion to compel arbitration. We grant the motion for temporary relief and stay the trial court proceedings until the disposition of the appeal or until further order of this Court. *See* Tex. R. App. P. 29.3 (providing that appellate court may make temporary orders necessary to preserve parties' rights until disposition of the appeal); *In re Geomet Recycling LLC*, 578 S.W.3d 82, 87 (Tex. 2019) (orig. proceeding) (noting that Rule 29.3 authority may include stay orders).

It is ordered on March 5, 2020.

Before Justices Goodwin, Kelly, and Smith